UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MANSON ADAMS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JEFF LYNCH,<br><br>　　　　　　Respondent. | Case No.  2:21-cv-01733-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 12 |

　　　　Petitioner has filed an application to proceed *in forma pauperis*, ECF No. 12, which makes the showing required by 28 U.S.C. §1915(a).  Accordingly, petitioner's application to proceed *in forma pauperis* is granted.

IT IS SO ORDERED.

Dated:　　January 25, 2022　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE