UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MANSON ADAMS, | Case No. 2:21-cv-01733-DJC-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| JEFF LYNCH, | |
| Respondent. | |

Petitioner has filed a motion requesting either an extension of time to file a traverse or an extension of time to file objections to the July 18, 2023 findings and recommendations.[1] ECF No. 20. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 20, is granted in part.

2. Petitioner is granted thirty days from the date of this order to file objections to the July 18, 2023 findings and recommendations.

---

[1] The court's December 2, 2021 order instructed that a traverse was due thirty days after service of an answer. ECF No. 6. Respondent served his answer on January 6, 2022, making the due date for petitioner's transverse February 7, 2022. ECF No. 16. Petitioner never moved for an extension of time to file a traverse until after I issued my findings and recommendations.

IT IS SO ORDERED.

Dated:   August 23, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2